**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Jocelyn A. Merced, Esq.
jocelyn.merced@ogletree.com

August 4, 2025

**VIA ECF**
Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    **RE:** **Danielle Langan v. Starbucks Corporation d/b/a Starbucks Coffee Company
Case No.:3:23-cv-05056-ZNQ-JTQ**

Dear Judge Quinn:

    This firm represents Defendant Starbucks Corporation ("Defendant") in the above-captioned matter. In accordance with Your Honor's Civil Case Management Order, we write to request a two-week extension of Defendant's time to respond to the Amended Complaint (from August 7, 2025 to August 21, 2025). Defendant is currently finalizing the Answer, but given the volume of specific factual allegations, we respectfully request this second extension of time to respond to the Amended Complaint. Plaintiff consents to this request. There are no other scheduled deadlines in this matter.

    Thank you for Your Honor's consideration of this matter.

    Respectfully submitted,

    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

    */s/ Jocelyn A. Merced*
    Jocelyn A. Merced

JAM:ss

cc: Vincent Miletti, Esq. (via ECF)
    Carmen J. DiMaria, Esq. (via ECF)

**A South Carolina Professional Corporation** ▪ Steven J. Luckner ▪ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

90684400.v1-OGLETREE