Vincent Miletti, Esq.
***MILETTI LAW, P.C.***
153 West End Avenue, Suite 2A, Brooklyn, New York 11235
609-353-6287 (P) ⚖ 609-554-7927 (F) ⚖ VMiletti@Milettilaw.com (E)
*NY Bar 5194014* ⚖ *NJ Bar 078322013*

October 20, 2025

**Sent Via PACER**

Hon. Justin T. Quinn
United States Magistrate Judge
District Court of New Jersey
402 E. State Street
Courtroom 6W
Trenton, New Jersey 08608

    *In Re*   *Danielle Langan v. Starbucks Corporation, Case # 23-CV-05056*
                *United States District Court of New Jersey*

Judge Quinn,

I hope all is well. This firm represents the interest of Ms. Danielle Langan ("Langan" or "Plaintiff") in the above captioned matter.

I am writing to you concerning our upcoming appointment and Initial Conference now scheduled for **November 5, 2025 @ 10:30 AM** [adjourned from October 29, 2025 @ 2 PM—per 09/16/2025 letter request (ECF 42) and this Court's 09/17/2025 granted Order (ECF 43)], in Trenton. The purpose of this correspondence is to ask for an accommodation to conduct the Initial Conference virtually or by phone.

As more thoroughly discussed below, this is due to a personal injury I have suffered Oct. 1, 2025, which resulted in a torn left labrum and completely severed right triceps tendon with substantial avulsion. While I continue to have treatment, and I am currently waiting on a date for surgery, I have tremendously limited function in my right arm. Thus, I am asking that as accommodation to this recent injury we could conduct the Initial Conference virtually or on the phone.

1. **Current Situation.**

Currently, as set forth on September 15, 2025, we have an Initial Conference set for **November 5, 2025 @ 10:30 AM** [adjourned from October 29, 2025 @ 2 PM, per docket], in Trenton. This Initial Conference was set to be in person.

2. **Reason for the Request for an Adjournment.**

Unfortunately, on October 1, 2025, I suffered substantial injuries while on a motor scooter accident, resulting in a torn left labrum and fully severed and detached right triceps tendon that

has resulted in avulsion with my triceps tendon tearing away from the bone at about 27mm. At the moment, I have almost no range of motion in my right arm due to the tear, which makes tasks such a putting on a tie, tying my shoes, brushing my teeth, and driving tremendously difficult.

The process is taking longer than expected as my diagnosis, assessment and treatments are under a lien against the city, and all medical treatment is being closely monitored and managed by the adjusters handling my case. As of now, I am still waiting on a date for surgery, and after surgery, I am expected to require 6-8 weeks of recovery time.

3. **Proposed Accommodation**.

In light of my recent disabilities, I am respectfully asking that the Initial Conference that is set for **November 5, 2025 @ 10:30 AM** [adjourned from October 29, 2025 @ 2 PM] be conducted either by telephone, or virtually. If I am able to do it by telephone or virtual, it would make the task significantly less painful as I live alone without help and as a solo attorney with no other attorneys to cover my appearances.

As this is not an adjournment or any other form of relief that would impact Defense Counsel negatively, and simply a request for an accommodation due to a recently incurred disability, I just prepared this correspondence and am I submitting it to your Honor directly via ECF.

I am sorry for any inconvenience that this may have caused, or any unexpected interruptions in anyone's calendar. If there is anything else I could do, please do let me know.

I thank you in advance for the courtesies.

Cordially,

/s/ Vincent Miletti
Vincent Miletti, Esq.
Partner

cc: Ms. Jocelyn A. Merced, Ogletree Deakins (via ECF & Email jocelyn.merced@ogletree.com)
    Mr. Carmen DiMaria, Ogletree Deakins (via ECF & Email carmen.dimaria@ogletreedeakins.com)